| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664<br>Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, Third Floor |
| 4 | Sacramento, CA 95814<br>T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>Mr. Quesada-Valencia |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00046-JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) | |
| MIGUEL QUESADA-VALENCIA | ) | Date: May 18, 2021<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Miguel Quesada-Valencia, that the status hearing currently set for May 18, 2021 at 9:30 be continued to July 20, 2021 at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on May 18, 2021 at 9:30 a.m.
2. By stipulation, Mr. Quesada now moves to continue the status conference to **July 20, 2021, at 9:30 a.m**.
3. The government has represented that the discovery associated with this case includes 535 pages and various audio recordings, which have either been produced to the defense or made available for inspection and copying.

Stipulation and Order to Continue Status
Conference and Exclude Time

-1-

*United States v. Quesada-Valencia*,
2:21-CR-46-JAM

4. Defense counsel represents that he requires additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, consult with Mr. Quesada, explore potential resolutions to the case, and otherwise prepare for trial.

5. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Quesada in a speedy trial, and request the Court so to find.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between May 18, 2021 and July 20, 2021, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Quesada in a speedy trial.

//
//
//
//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 14, 2021

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Quesada-Valencia


Date: May 14, 2021

PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Stefanki*
SAMUEL STEFANKI
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom**, ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 14, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE