UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 27, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL ANGEL QUESADA-VALENCIA,

    Defendant.

Case No. 2:21-cr-00046-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MIGUEL ANGEL QUESADA-VALENCIA , Case No. 2:21-cr-00046-JAM  Charge 8 U.S.C. § 1326(a) and (b)(1), from custody for the following reasons:

    \_\_\_\_\_    Release on Personal Recognizance

    \_\_\_\_\_    Bail Posted in the Sum of $ \_\_\_\_\_

    __X__    Unsecured Appearance Bond $ 15,000.00

    \_\_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_\_    Appearance Bond with Surety

    __X__    Conditions as stated on the record

    __X__    (Other): The Defendant is ordered to be released on Friday, May 28, 2021 at 10:00 a.m.

Issued at Sacramento, California on May 27, 2021 at 3:00 p.m.

*/s/ Jeremy D. Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE