| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | Mr. Quesada-Valencia |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 2:21-cr-00046-JAM
)
Plaintiff, ) **STIPULATION AND ORDER TO CONTINUE**
) **STATUS CONFERENCE, SET BRIEFING**
vs. ) **SCHEDULE AND EXCLUDE TIME**
)
MIGUEL QUESADA-VALENCIA ) Date: July 20, 2021
) Time: 9:30 a.m.
Defendant. ) Judge: Hon. John A. Mendez
)

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Miguel Quesada-Valencia, that (1) the status hearing currently set for July 20, 2021 at 9:30 be continued to October 19, 2021 at 9:30 a.m.; (2) the briefing schedule laid out below be adopted; and (3) that time be excluded.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on July 20, 2021 at 9:30 a.m.
2. By stipulation, Mr. Quesada now moves to continue the status conference to **October 19, 2021, at 9:30 a.m**.
3. The government has produced 535 pages and various audio recordings of discovery.

4. Defense counsel represents that he requires additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, consult with Mr. Quesada, explore potential resolutions to the case, and otherwise prepare for trial. Failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance with the following briefing schedule in place: Rule 12 motions due no later than **October 25, 2021**; Responses due no later than **November 26, 2021**; and Replies due no later than **December 10, 2021**. Mr. Quesada agrees to the briefing schedule.

7. Furthermore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Quesada in a speedy trial, and request the Court so to find.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 20, 2021 and October 19, 2021, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Quesada in a speedy trial.

//
//
//
//
//
//
//

Stipulation and Order to Continue Status Conference, - *United States v. Quesada-Valencia*,
Set Briefing Schedule and Exclude Time                                    2:21-CR-46-JAM

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 13, 2021 | | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Quesada-Valencia |
| Date: July 13, 2021 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | */s/ Samuel Stefanki*<br>SAMUEL STEFANKI<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: 7/13/2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE